UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JOSE REYES,

        Plaintiff(s), :

  -against- :

FLORA SYSTEMS, Inc., et al., :

        Defendant(s). :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/13

10 Civ. 6888 (ALC)(FM)

ORDER OF DISCONTINUANCE

    The parties having participated in a mediation before me and having agreed to settle on the following terms:

    and the parties and their counsel having consented to my exercise of jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

    ORDERED that this action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 45 days of this date of the order, counsel for the plaintiff may apply by letter for restoration of the action to the active calendar of the Court, in which event the action will be restored. The parties are aware that a failure to perform in accordance with the foregoing agreement may result in the entry of judgment against the nonperforming party.

DATED: New York, New York
        January 4, 2013

_____
FRANK MAAS
United States Magistrate Judge

_____
WILLIAM CAFARO
Attorney(s) for Plaintiff

_____
James E. McGrath III
Attorney(s) for Defendant

Agreed and Consented to:

_____
Plaintiff

Agreed and Consented to:

_____
Defendant

Peter Guontes